# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TRAFORI MAURICE BAILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2198

[November 9, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502018CT022795AMB.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence, but remand for the trial court to correct a scrivener's error in the cost judgment to reflect that the $15.00 cost imposed for "County Alcohol and Other Drug Abuse TF" is imposed under section 938.13, Florida Statutes (2018). *Maestas v. State*, 76 So. 3d 991, 993 (Fla. 4th DCA 2011). Appellant need not be present for this ministerial action. *Peavey v. State*, 302 So. 3d 1079, 1080 (Fla. 4th DCA 2020) (affirming convictions and sentences in *Anders* appeal but remanding to correct scrivener's error).

*Affirmed and remanded.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

*Not final until disposition of timely filed motion for rehearing.*